**Motion Granted; Order filed July 26, 2018.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-17-00772-CR**
**NO. 14-17-00773-CR**
_____

**JEFFREY MICHAEL MCDONOUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Court Cause Nos. 17-04-05120-CR & 15-12-13012-CR**

---

### ORDER

Appellant is represented by retained counsel, Richard Martin P. Canlas. Appellant's brief was originally due March 7, 2018**.** We have granted more than 90 days' extension to file appellant's brief until July 23, 2018. No brief was filed. On July 23, 2018, counsel filed a further request for extension of time to file appellant's brief. We grant the request for extension and issue the following order.

Accordingly, we order Richard Canlas to file a brief with the clerk of this court on or before August 15, 2018. No further extensions will be entertained. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.


PER CURIAM